# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00481-CV

### In re Kaite Liu and Changlun Du

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties to this original proceeding have filed a joint status report and motion to extend abatement. We previously abated this proceeding to allow the parties to finalize their settlement regarding the subject matter of the mandamus petition in the trial court. The parties inform the Court that they are in the process of presenting an Agreed Order Vacating and Setting Aside Judgment of Contempt to the trial court, and they attached the Agreed Order to the joint status report and motion to extend abatement. The parties request that we extend the abatement for an additional 30 days to allow sufficient time for them to present the Agreed Order to the trial court and to move to dismiss the mandamus proceeding in this Court.

We grant the motion and abate the original proceeding for an additional 30 days to allow the parties time to finalize their agreement in the trial court. The parties shall submit a motion to dismiss the mandamus, a motion to reinstate the mandamus, or a status report on the

trial-court proceedings accompanied by a motion to extend the abatement on or before February 28, 2025. The original proceeding will remain abated until further order of this Court.

It is so ordered on January 29, 2025.

Before Chief Justice Byrne, Justices Triana and Kelly

Abated

Filed: January 29, 2025